## Lindemuth's Estate.

If a party in interest be prevented from filing exceptions to an administration account, by a finesse of the accountant, and there be an appeal to the supreme court, that court will direct the appeal to be withdrawn, and the decree to be remitted, to afford the appellant an opportunity to present his prayer for relief to the orphans' court.

APPEAL from the decree of the orphans' court of *Lancaster* county.

Jacob Lindemuth had filed an account of his administration of the estate of Peter Lindemuth deceased, after which, upon being called upon by I. T. Anderson, guardian of one of the heirs, he assigned a reason why he could not have his account ready for settlement at the next court. But at the next court the account was regularly passed by the court; from which the guardian appealed to this court.

*Jenkins,* for appellant, asked the court to refer the account to auditors out of this court.

*Ellmaker,* contra.

PER CURIAM.—If it be true in fact that the plaintiff has been prevented by the accountant's finesse from filing exceptions below, he is undoubtedly entitled to relief, either by reference of the account to auditors here, or review of the decree below. No court would

v.—T

enforce a rule of practice, where it would give effect to a trick. The question then is, which of these two courses is the preferable one? It would seem the inquiry into the matter of fact ought to be by the court in which the cause was at the time; and for this purpose the appeal is directed to be withdrawn, and the decree remitted, in order to give the appellant an opportunity to exhibit his prayer for relief to the orphans' court.

Ordered accordingly.